UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSIMO G. FUGGITTI,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ST. JOHN KNITS INTERNATIONAL INCORPORATED,<br><br>    Defendants. | Case No: SACV09-957 CJC(ANx)<br><br>(~~PROPOSED~~) ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 12/8/10

_____
Honorable Cormac J. Carney
Judge of the U.S. District Court